Prob12B
D/NV Form
Rev. March. 2007

# United States District Court

## for

## the District of Nevada

| ORDER GRANTING | **REQUEST FOR MODIFICATION TO CONDITIONS OF SUPERVISION** <br> **December 18, 2012** |
|---|---|

**Name of Offender:**   **MANUEL DAMIEN SANDOVAL**

Case Number:   **2:04-cr-121-HDM(PAL)**

Name of Sentencing Judicial Officer:   Honorable Howard D. McKibben

Date of Original Sentence:   March 30, 2005

Original Offense:   Distribution of a Controlled Substance Methamphetamine

Original Sentence:   87 months custody, 5 years supervised release

Date Supervision Commenced:   February 16, 2011

## PETITIONING THE COURT

__ To extend the term of supervision _____ Months, for a total term of _____ Months.

✓ To modify the conditions of supervision as follows:

1. **C.A.R.E. Program - You shall reside at and participate in the C.A.R.E. program of a residential re-entry center for a period of up to seven months as approved and directed by the probation officer. If you test positive for alcohol/a controlled substance or violate the conditions of C.A.R.E. program, you will be taken into custody for a minimum custodial period of seven days. Additionally, you shall refrain from the use and possession of any synthetic/designer drug or any mind and/or body altering substance. Use or possession of any of these synthetic/designer drugs will result in your termination from the C.A.R.E. program.**

## CAUSE

On December 18, 2012, Mr. Sandoval appeared before Your Honor for a revocation hearing. Your Honor agreed to modify the conditions of supervised release to include the above listed condition that Mr. Sandoval enter the inpatient C.A.R.E. program at the Las Vegas Residential Re-Entry Center.

Respectfully submitted,

_____
D. RUSSELL ELLIS
Senior United States Probation Officer

APPROVED: _____
ROBERT G. AQUINO
Supervising United States Probation Officer

---

*THE COURT ORDERS:*

_____ No action

_____ The extension of supervision as noted above

__X__ The modification of conditions as noted above

_____ Other

_____
Signature of Judicial Officer

December 18, 2012
Date